JAMES A. DiBOISE, State Bar No. 083296
TRACY TOSH LANE, State Bar No. 184666
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendant
NAVIO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSTAN ASSOCIATES, LTD., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>NAVIO SYSTEMS, INC., a Delaware corporation; QUADREE EL-AMIN, individually and d/b/a ON Q DIGITAL,<br><br>Defendants. | CASE NO.: C 05-02260 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE AND ALL CORRESPONDING DEADLINES |

WHEREAS, Plaintiff Marstan Associates, Ltd. commenced this action on June 3, 2005, claiming that Defendants' allegedly unauthorized use of portions of *The Prayers of Pope John Paul II* was copyright infringement and unfair competition.

WHEREAS, Defendant Navio Systems, Inc. ("Navio") filed its answer to Plaintiff's complaint on July 6, 2005.

WHEREAS, despite extensive efforts by Plaintiff to effectuate service on Defendant Quadree El-Amin, Defendant El-Amin has not yet been served with the complaint.

WHEREAS, Plaintiff and Defendant Navio are currently engaged in settlement discussions in an effort to resolve this case and believe that settlement interests would be served if the Case Management Conference, currently scheduled for October 7, 2005 at 1:30 p.m., and all corresponding deadlines, were postponed for thirty (30) days until November 7, 2005.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Navio, through their undersigned counsel, that the Case Management Conference and all corresponding deadlines are postponed for thirty (30) days until November 7, 2005, or until a day that the Court is available to reschedule the Case Management Conference.

Dated: September 15, 2005           PHILLIPS, ERLEWINE & GIVEN LLP

                                    By:  /s/ David Given
                                              David Given

                                    Attorneys for Plaintiff
                                    MARSTAN ASSOCIATES, LTD.

Dated: September 15, 2005           WILSON SONSINI GOODRICH & ROSATI

                                    By:  /s/ Tracy Tosh Lane
                                              Tracy Tosh Lane

                                    Attorneys for Defendant
                                    NAVIO SYSTEMS, INC.

### ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B, the filing attorney attests that the content of this document is acceptable to all attorneys for the parties required to sign this document.

The Case Management Conference is HEREBY CONTINUED to November 18, 2005 at 1:30 p.m.

**IT IS SO ORDERED:**

Dated: September  19 , 2005

_____
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO           -2-                              PALIB1_2723046_1.DOC
POSTPONE CASE MANAGEMENT CONFERENCE
AND ALL CORRESPONDING DEADLINES