IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSTAN ASSOCIATED, LTD.,

    Plaintiff,

v.

NAVIO SYSTEMS, INC., et al.,

    Defendants.

No. C 05-02260 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on February 24, 2006 on Defendant Navio Systems, Inc.'s motion for leave to file cross-claims. The Court HEREBY ORDERS that Plaintiff Marstan Associated, Ltd.'s opposition to the motion shall be due on Friday, January 20, 2006 and Defendant's reply brief shall be due on Friday, January 27, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: January 6, 2005

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE