IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSTAN ASSOCIATED, LTD.,

    Plaintiff,

    v.

NAVIO SYSTEMS, INC., et al.,

    Defendants.

No. C 05-02260 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On June 3, 2006, Plaintiff filed this copyright infringement action against Navio Systems, Inc. ("Navio") and Quadree El-Amin, individually and doing business as On Q Digital ("El-Amin"). On December 14, 2005, the clerk entered default against El-Amin. On February 6, 2006, Plaintiff filed a stipulation of dismissal with respect to Navio. Plaintiff had not yet filed a motion for default judgment against El-Amin, and, on February 17, 2006, El-Amin filed a Notice of Bankruptcy Stay under 11 U.S.C. § 362.

Accordingly, Plaintiff and El-Amin are HEREBY ORDERED to submit joint status reports to this Court regarding the status of the bankruptcy proceedings every 120 days until the stay is lifted. The parties' first report shall be due on September 1, 2006.

**IT IS SO ORDERED.**

Dated: August 22, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE