IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSTAN ASSOCIATED, LTD.,

    Plaintiff,

    v.

NAVIO SYSTEMS, INC., et al.,

    Defendants.

No. C 05-02260 JSW

**ORDER RE STATUS OF PROCEEDINGS**

On June 3, 2006, Plaintiff filed this copyright infringement action against Navio Systems, Inc. ("Navio") and Quadree El-Amin, individually and doing business as On Q Digital ("El-Amin"). On December 14, 2005, the clerk entered default against El-Amin. On February 6, 2006, Plaintiff filed a stipulation of dismissal with respect to Navio. Plaintiff had not yet filed a motion for default judgment against El-Amin, and, on February 17, 2006, El-Amin filed a Notice of Bankruptcy Stay under 11 U.S.C. § 362.

On September 1, 2006, in accordance with this Court's Order requiring the parties to submit joint status reports, Plaintiff advised the Court that Defendant El-Amin's bankruptcy petition was dismissed on June 19, 2006, and attached the order of dismissal advising that "all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved."

Accordingly, Navio having been dismissed from this action, and a default having been entered against El-Amin, Plaintiff is HEREBY ORDERED to submit to the Court a status report on whether it intends to seek default judgment against El-Amin and, if so, when it expects to have such a motion on file. Plaintiff's report to the Court shall be due on October 19, 2006.

**IT IS SO ORDERED.**

Dated: October 10, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE