1   DAVID M. GIVEN (State Bar No. 142375)
    SPENCER C. MARTINEZ (State Bar No. 206337)
2   PHILLIPS, ERLEWINE & GIVEN LLP
    One Embarcadero Center, Suite 2350
3   San Francisco, California 94111
    Telephone: (415) 398-0900
4
    Attorneys for Plaintiff
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11

12  MARSTAN ASSOCIATES, LTD., a New York )    CASE NO.: C 05-02260 JSW
    corporation,                          )
                                          )
13          Plaintiff,                    )    **AMENDED REPORT RE STATUS
                                          )    OF PROCEEDINGS; [~~PROPOSED~~]
14  v.                                    )    ORDER**
                                          )
15  NAVIO SYSTEMS, INC., a Delaware       )
    corporation; QUADREE EL-AMIN, individually )
16  and d/b/a ON Q DIGITAL,               )
                                          )
17          Defendant.                    )
    _____ )
18

19          Plaintiff MARSTAN ASSOCIATES, LTD. ("Marstan") hereby submits the following

20  report on the status of these proceedings:

21          Marstan and its counsel are discussing the next step in this action and hope to have

22  resolution on course shortly.  They respectfully request leave to and including November 17,

23  2006, in which to submit a supplemental report to this Court.

24

25   DATED:  October 24, 2006                  PHILLIPS, ERLEWINE & GIVEN LLP

26                                                         /s/
                                                By:_____
27                                                   Spencer C. Martinez
                                                     Attorneys for Plaintiff
28

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STATUS REPORT- Case No. C 05-02260 JSW
S:\Clients\Marstan\8273.1 (Navio)\pld\scm-statusreport-102006

1

## **ORDER**

2      IT IS SO ORDERED.

3

DATED: _____October 26_____ _____, 2006          _____

4                                                                U.S. DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Phillips, Erlewine & Given LLP**
**One Embarcadero Center**
**Suite 2350**
**San Francisco, CA 94111**
**(415) 398-0900**

STATUS REPORT- Case No. C 05-02260 JSW
S:\Clients\Marstan\8273.1 (Navio)\pld\scm-statusreport-102006