IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSTAN ASSOCIATED, LTD.,

    Plaintiff,

    v.

NAVIO SYSTEMS, INC., et al.,

    Defendants.

No. C 05-02260 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On November 17, 2006, pursuant to this Court's Order requesting status reports, Plaintiff filed a status report stating it expected to either perfect judgment against Defendant Quadree El-Amin or to dismiss the action without prejudice by mid-January 2007. There has been no action taken since that status report.

Accordingly, Plaintiff is HEREBY ORDERED to show cause why the matter should not be dismissed for failure to prosecute. Plaintiff shall respond in writing to this Order to Show Cause by no later than March 23, 2007. The OSC shall be discharged without further action if a dismissal or other action to perfect judgment is filed before that date.

**IT IS SO ORDERED.**

Dated: March 9, 2007

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE