DAVID M. GIVEN (State Bar No. 142375)
SPENCER C. MARTINEZ (State Bar No. 206337)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSTAN ASSOCIATES, LTD., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIO SYSTEMS, INC., a Delaware corporation; QUADREE EL-AMIN, individually and d/b/a ON Q DIGITAL,<br><br>    Defendant. | CASE NO.: C 05-02260 JSW<br><br>REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO QUADREE EL-AMIN |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff respectfully requests that the Court voluntarily dismiss the above-captioned action without prejudice as to defendant Quadree El-Amin.

DATED: March __, 

IT IS SO ORDERED
Judge Jeffrey S. White

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
David M. Given
Attorneys for Plaintiff

March 30, 2007

Phillips, Erlewine & Given LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE - Case No. C 05-02260 JSW
S:\Clients\Marstan\8273.1 (Navio)\pld\scm-not-voluntary-dismissal-032807